**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of R.L. aka R.C. aka R.M. and R.L., Children
                            In the Interest of C.C.J., a Child
                            In the Interest of C. J., a Child

Appellate case number:      01-16-00851-CV
                            01-16-00852-CV
                            01-16-00875-CV

Trial court case number:    2009-03954
                            2014-29889
                            2013-49862

Trial court:                311th District Court of Harris County

Appellant, T.H-L., has filed a second unopposed motion for an extension of time to file her brief, requesting an extension to January 9, 2017. We grant the motion. **Appellant's brief is due to be filed with this Court no later than Monday, January 9, 2017.** *See* TEX. R. APP. P. 28.4(a), 38.6(a), (d).

Because these appeals involve child-protection cases, the Court is required to bring the appeals to final disposition within 180 days of October 24, 2016, the date the notices of appeal were filed in these proceedings, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (West 2013); *see also* TEX. R. APP. P. 28.4(a)(1)(2)(B). **Accordingly, no further extensions will be granted.**

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually     ☐ Acting for the Court

Date: January 4, 2017